### 49433. BROWN v. THE STATE.

EBERHARDT, Presiding Judge.

Appellant, together with defendants Flinchum, Peterson, George, Brannon, Fagala, Aiken and Schmalz, were jointly indicted for theft by taking in a check kiting operation as a result of which the First Georgia Bank lost in excess of $300,000.

Defendants Aiken, Flinchum and Brown were tried separately and in each case verdicts of guilty were returned. In Brown's appeal error is enumerated on the admission of testimony of co-conspirators Brannon and Peterson, the enumeration being based upon Code § 38-414 which prohibits the admission of a confession of a co-conspirator made after termination of the conspiracy as against any save himself. Error is also enumerated on the overruling of a motion for new trial on the general grounds. *Held:*

1. The general grounds are without merit. The evidence is ample to support a conviction.

2. The admission of a confession made by a co-conspirator after termination of the conspiracy is quite a different thing from the admission of sworn testimony by a co-conspirator and this has been recognized by the Supreme Court in *Pippin v. State,* 205 Ga. 316 (12) (53 SE2d 482), where he is held to be a competent witness to testify as to any relevant matter concerning the charge, and that in this situation Code § 38-414 has no application.

*Judgment affirmed. Deen and Stolz, JJ., concur.*

SUBMITTED MAY 29, 1974 — DECIDED JUNE 20, 1974.

*Nick G. Lambros,* for appellant.
*Lewis R. Slaton, District Attorney, Richard E. Hicks, Morris H. Rosenberg,* for appellee.